UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRACKET COMPANY INC., et al.,<br>Plaintiffs,<br>v.<br>SHAW WALTERS,<br>Defendant. | Case No. 26-cv-12995-RFL<br><br>**ORDER SETTING HEARING ON TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 5 |

Plaintiffs have moved for a temporary restraining order against Walters and two Doe defendants identified by their X usernames. (Dkt. No. 5.) A hearing on the motion is set for November 5, 2026 at 10:00 a.m. before Judge Rita F. Lin via Zoom videoconference. The parties may access the hearing by visiting Judge Lin's webpage (https://cand.uscourts.gov/judges/rfl/lin-rita-f) and clicking "Join Zoom Hearing."

Plaintiffs attest that they have already served a copy of the complaint and TRO papers on Walters via email. (Dkt. No. 5-4.) Plaintiffs are ordered to also electronically serve a copy of this Order and of the summons issued in this case as soon as possible on Walters. Plaintiffs shall also notify the Doe defendants of the hearing by sending a copy of this order to them via direct messaging on X as soon as possible. Plaintiffs shall file proof that they have so notified Walters and the Doe defendants by **12:00 p.m. on November 4, 2026.**

**IT IS SO ORDERED.**

Dated: November 3, 2026 at 4:42 p.m.

RITA F. LIN
United States District Judge